# UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| EVA M. TRUDEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL BILLING, LLC D/B/A PACIFIC COLLECTION GROUP,<br><br>    Defendant. | Case No. 3:20-cv-12506-RHC-RSW<br><br>Honorable Judge Robert H. Cleland<br><br>Honorable Magistrate R. Steven Whalen |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOW COMES** Eva M. Trudeau ("Plaintiff"), by and through her attorney, and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against Defendant, Central Billing, LLC d/b/a Pacific Collection Group, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: October 22, 2020                                    Respectfully Submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor