# UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| EVA M. TRUDEAU,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CENTRAL BILLING, LLC D/B/A PACIFIC COLLECTION GROUP,<br><br>　　Defendant. | Case No. 3:20-cv-12506-RHC-RSW<br><br>Honorable Judge Robert H. Cleland<br><br>Honorable Magistrate R. Steven Whalen |

## ORDER ON DISMISSAL WITH PREJUDICE

Plaintiff, Eva M. Trudeau ("Plaintiff"), by and through her attorney, having filed with this Court her Notice of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated:  October 26, 2020

　　　　　　　　　　　　　　　　　　　　　 s/Robert H. Cleland
　　　　　　　　　　　　　　　　　　　　　Judge, U.S. District Court